UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**CEDRICK PELLERIN, ET AL.**            **CASE NO.  6:20-CV-01380**

**VERSUS**                              **JUDGE SUMMERHAYS**

**LAFAYETTE CONSOLIDATED**              **MAG. JUDGE WHITEHURST**
**GOVERNMENT, ET AL.**

## ORDER

Upon consideration of the Unopposed Motion to Stay [ECF No. 6] filed by Defendants Chief Scott Morgan (individually and in his official capacity as Chief of Police for the Lafayette City-Parish Consolidated Government), the Lafayette Police Department, and the Lafayette City-Parish Consolidated Government,

IT IS HEREBY ORDERED that the current proceedings are **STAYED** in their entirety at this time, including any and all discovery, pending resolution of the Louisiana State Police Investigation No. 20-010001, resolution of any Grand Jury proceedings, and/or any additional proceedings that may stem therefrom. Any party may move to lift the stay at any time for good cause.

IT IS FURTHER ORDERED that counsel are to **SUBMIT** a joint status report to the Court on or before **April 28, 2021**. In the status report, counsel are to provide the Court with their best estimate as to when they anticipate this matter will be in a proper procedural posture for the lifting of the stay.

THUS DONE in Chambers on this 29th day of December, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE