# BORNE, WILKES & RABALAIS, L.L.C.

Attorneys at Law
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone (337) 232-1604
Facsimile (337) 232-1837

Joy C. Rabalais
H. Edward Barousse, III
 (Licensed also in Virginia & Maryland)
Cranay D. Murphy
Kate Bailey Labue

Katherine M. Loos, Of Counsel
 (Licensed also in Texas)

**Keith Michael Borne**
**(1954 - 2012)**

**John F. Wilkes, III**
**(Retired)**

April 28, 2021

Hon. Robert Summerhays
Judge, U. S. District Court
800 Lafayette Street, Suite 4700
Lafayette, LA  70501

     Re:   Cedrick Pellerin, et al v. Scott Morgan, et al
          Civil Action Number:  6:20-CV-01380
          Judge Summerhays, Mag. Judge Whitehurst

Dear Judge Summerhays:

     Pursuant to Your Honor's Order [Court Doc. 7] to provide a joint status report on or before April 28, 2021, please be advised that the matter involving Louisiana State Police Investigation No. 20-010001 has not yet been presented to a Grand Jury in the 15th Judicial District Court for the Parish of Lafayette. While the parties had believed that the matter would have been presented to a Grand Jury by the time of this report, that has not yet occurred.  The parties are hopeful that the matter will be presented to a Grand Jury in the very near future, and from that point, we will be able to advise the Court as to whether formal indictments or no true bills have been handed down (which would then determine the continued necessity of a stay). Therefore, at this time, the parties request that this matter continue to be stayed.

     This letter has been circulated to plaintiffs' attorneys prior to submission to the Court, and Christopher J. Murell affirms the representations regarding status of this matter.

     With kindest regards, I remain

          Very truly yours,

          JOY C. RABALAIS
          (337) 232-1604 Ext. 232
          Rabalais@bornewilkes.com

Hon. Robert Summerhays
April 28, 2021
Page -2-


JCR:lb

cc:      Mr. Ronald S. Haley, Jr. (*Via electronic mail*)
         Mr. Christopher J. Murell/Mr. Lewis O. Unglesby/Mr. Lance C. Unglesby (*Via electronic mail*)
         Mr. Dedrick A. Moore (*Via electronic mail*)
         Mr. Charles "Chase" L. Trichell (*Via electronic mail*)