UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CEDRICK PELLERIN, ET AL | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:20-CV-01380 |
| SCOTT MORGAN, ET AL | : | JUDGE SUMMERHAYS,<br>MAG. JUDGE WHITEHURST |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## **ORDER**

Considering the Motion to Lift Stay the above captioned matter:

IT IS ORDERED that the Stay in this matter be lifted.

SIGNED IN Lafayette, Louisiana, this 17th day of August, 2021.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE