UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CEDRICK PELLERIN, ET AL.** | **CASE NO. 6:20-CV-01380** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE CONSOLIDATED GOVERNMENT, ET AL.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Lafayette Police Department's Motion to Dismiss pursuant to Rule 12(b)(6) (Rec. Doc. 11) is GRANTED, and Plaintiff's claims against Lafayette Police Department are hereby DISMISSED.

Signed at Lafayette, Louisiana, this 12TH day of October, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE